**Order filed August 11, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00445-CV**
_____

**IN THE INTEREST OF G.S. AND T.S., MINOR CHILDREN**

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-04758**

**ORDER**

This is an appeal from a judgment signed April 16, 2020. A timely motion for new trial was filed and the notice of appeal was filed June 15, 2020. On July 9, 2020, appellant filed a statement of inability to afford payment of court costs in this case. This court deemed appellant indigent for purposes of the appellate filing fee only. *See* Tex. R. App. P. 20.1. According to his affidavit, appellant filed his Affidavit of Indigence with the trial court on June 15, 2020. *See* Tex. R. Civ. P. 145. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). The record before this court does not contain a

copy of appellant's affidavit reflecting it was filed in the trial court. Appellant further states that a contest was filed, but asserts it was late. The contest attached to his affidavit does not reflect when it was filed in the trial court.

To determine appellant's indigent status, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a supplemental clerk's record containing: (1) appellant's statement of inability to afford payment of costs; (2) the contest(s) to the statement, if any; (3) the trial court's order ruling on any contest; and (4) any other documents pertaining to the claim of indigence and the contests thereto. The supplemental clerk's record is to be filed with the clerk of this court on or before **August 26, 2020**.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Wise and Bourliot.